STEPHANO FERRARO, Respondent, v. MARRILLARD BUILDERS, INC., Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— In view of the

---

* See Town of Islip, Suffolk County, Zoning Ordinance of 1928.— [REP.

decision in the main appeal (*post*, p. 853), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.